```
JAMES B. CHANIN (SBN# 76043)
Law Offices of James B. Chanin
3050 Shattuck Avenue
Berkeley, California  94705
Telephone: (510) 848-4752
Facsimile: (510) 848-5819
Email:    jbcofc@aol.com

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GREENSLADE,<br><br>         Plaintiff,<br><br>vs.<br><br>CITY OF OAKLAND, a municipal corporation; M. PATTERSON or DOE 1, individually and in his capacity as a police officer for the City of Oakland; **VICTOR AKINADE or DOE 2, individually and in his capacity as a Correctional Officer for the City of Oakland, DOES 3-100**, inclusive,<br><br>         Defendants. | CASE NO. C05-01205 JSW<br><br>STIPULATION AND ORDER GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT |

   THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD, DO HEREBY STIPULATE AND AGREE THAT:

   Plaintiff shall be granted leave to file the First Amended Complaint which is attached and incorporated herein by reference as Exhibit 1 and that the Clerk shall issue a summons on the First Amended Complaint.

STIP/ORDER GRANTING LEAVE TO FILE
FIRST AMENDED COMPLAINT
CASE NO. C05-01205 JSW                              1

```
 1   IT IS SO STIPULATED:

 2
     Dated: December 16, 2005            _____/s/_____
 3                                       JAMES B. CHANIN
                                         Attorney for Plaintiff
 4

 5
     Dated: December 19, 2005            _____/s/_____
 6                                       STEPHEN Q. ROWELL
                                         Attorney for Defendants
 7
     PURSUANT TO STIPULATION,
 8   IT IS SO ORDERED:
                                         /s/ Jeffrey S. White
 9   Dated: ~~December ___, 2005~~       _____
           January 13, 2006              JEFFREY S. WHITE
10                                       JUDGE OF THE UNITED STATES
                                         DISTRICT COURT
```

STIP/ORDER GRANTING LEAVE TO FILE
FIRST AMENDED COMPLAINT
CASE NO. C05-01205 JSW                                   2