April 25, 2006

**VIA E-FILING**



The Honorable James Larson
Magistrate Judge
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

    Re: David Greenslade v. City of Oakland, et al.
        Case No. C05-01205-JSW (JL)

Dear Judge Larson:

    This office represents the plaintiff, David Greenslade, in the above-entitled action.

    I am writing to request that the Court continue the settlement conference currently scheduled for May 16, 2006, at 10:00 a.m. to May 24, 2006, at 2:00 p.m. due to the fact that a no time waiver Alameda County criminal matter that I am handling was recently continued by the Court to commence trial on May 12, 2006 and it is possible that I will still be in trial on May 16, 2006 in that matter.

    My office has confirmed with defendants' counsel, Stephen Rowell, Esq., that he is amenable to the continuance of the settlement conference and that he is available if the Court continues the settlement conference to May 24, 2006, at 2:00 p.m.

    Thank you for your consideration in this matter.

Very truly yours,


JAMES B. CHANIN