May 19, 2006

**VIA E-FILING**



The Honorable James Larson
Magistrate Judge
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA  94102

      Re:  David Greenslade v. City of Oakland, et al.
      Case No.  C05-01205-JSW (JL)

Dear Judge Larson:

    This office represents the plaintiff, David Greenslade, in the above-entitled action.

    I am pleased to inform the Court that the parties have reached a settlement of the entire action which is subject to the approval of the City of Oakland City Council.  We anticipate that the settlement, if approved by the City Council, should be finalized in the next 90-120 days.

    Therefore, I am writing to request that the settlement conference currently scheduled for May 24, 2006, at 2:00 p.m. be vacated.

    Thank you for your consideration in this matter.

Respectfully submitted,


JAMES B. CHANIN

Cc: Stephen Q. Rowell, Esq.