IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID GREENSLADE,

    Plaintiff,

v.

CITY OF OAKLAND et al.,

    Defendants.
_____/

No. C 05-01205 JSW

**ORDER**

On May 19, 2006, the Court received notice from Plaintiff's counsel that the matter had settled. Since that time, there has been no significant further activity in this case. The Court has set a pretrial conference for October 16, 2006 and a trial to commence on November 6, 2006. Having failed to submit a stipulation and proposed order of dismissal, those dates remain on the Court's calendar. By no later than October 2, 2006, counsel shall submit either a stipulation and proposed order of dismissal or a stipulation and proposed order vacating the upcoming dates and a request to reset them, if necessary.

**IT IS SO ORDERED.**

Dated: September 26, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE