```
1  JAMES B. CHANIN (SBN# 76043)
   JULIE M. HOUK   (SBN# 114968)
2  Law Offices of James B. Chanin
   3050 Shattuck Avenue
3  Berkeley, California  94705
   Telephone: (510) 848-4752
4  Facsimile: (510) 848-5819

5  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID GREENSLADE, | ) | Case No.: C05-01205 JSW |
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION AND [PROPOSED]** |
| CITY OF OAKLAND, et al. | ) | **ORDER REGARDING SETTLEMENT AND FUTURE PROCEEDINGS** |
| Defendants. | ) | |

Whereas, the City of Oakland City Council approved the settlement in this matter on September 19, 2006, and additional time is necessary for the City of Oakland to process payment of the settlement proceeds to the plaintiff and his counsel,

THE PARTIES DO HEREBY STIPULATE, AGREE AND REQUEST THAT the Court vacate the current trial date, pretrial date and other deadlines for pretrial preparation in this case and that the Court set a Status Conference in sixty days.  The parties anticipate that prior to the Status Conference, a Stipulation for Dismissal with Prejudice and Order Thereon will be filed with the Court.  In the event that the Stipulation for Dismissal has not been filed prior to the Status Conference, counsel for the parties will be appear for the Status Conference to discuss the status of the settlement and set a trial date if necessary.

Stipulation and order Case No. C05-01205 JSW                                                                 1

IT IS SO STIPULATED:

Dated: September 29, 2006 _____/S/_____
JAMES B. CHANIN
Attorney for Plaintiff

Dated: September 29, 2006 _____/s/_____
STEPHEN Q. ROWELL
Attorney for Defendants

### [PROPOSED] ORDER

Having considered the foregoing stipulation and for good cause shown,

IT IS HEREBY ORDERED THAT:

1. The trial date, pretrial conference date and other deadlines for pretrial preparation are hereby vacated;

2. Counsel for the parties shall file a Stipulation and Order for Dismissal with Prejudice within sixty (60) days of the date of this Order or file a Joint Status Conference Statement explaining why a Stipulation and Order for Dismissal with Prejudice has not been filed;

3. In the event that the parties have failed to file a Stipulation and Order for Dismissal with Prejudice within sixty (60) days, counsel for the parties shall appear at a Status Conference on \_\_\_January 26, 2007\_\_\_, at \_\_1:30\_\_ a.m/p.m. to discuss the status of the case and set a trial date. The Joint Status Conference statement shall be filed at least ten (10) days prior to the Conference.

IT IS SO ORDERED :

Dated: \_\_October 3\_\_, 2006 _____
JEFFREY S. WHITE
Judge of the United States
District Court

Stipulation and order Case No. C05-01205 JSW                                         2